

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| Fort Stockton Holdings, L.P., Pecos County, City of Fort Stockton, Pecos County Water Control and Improvement District No. 1, and Brewster County Groundwater Conservation District, | § § § | No. 08-15-00382-CV<br><br>Appeal from the<br><br>83rd District Court |
| Appellants, | § | of Pecos County, Texas |
| v. | § | (TC# P-7047-83-CV) |
| Middle Pecos Groundwater Conservation District, | § § | |
| Appellee. | § | |

# O R D E R

The Court GRANTS the Joint Unopposed Motion to Vacate the April 13, 2017 submission and oral argument setting. This case will be rescheduled at a later date.

IT IS SO ORDERED this 11th day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.